|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |

| DERRICK SIMPSON, | Case No. 2:19-cv-01943-RFB-VCF |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a Motion to Dismiss on March 4, 2020. (ECF No. 10). Petitioner responded on March 20, 2020. (ECF No. 14). Respondents' reply is due on April 20, 2020. (ECF No. 7).

On March 25, 2020, Respondents filed a Motion for Extension of Time requesting an extension to May 11, 2020 to file their reply in support of the Motion to Dismiss. (ECF No. 15). Respondents' counsel states that the extension of time is necessary because of staff turnover at the office of the Attorney General and because of delays caused by the COVID-19 pandemic.

The Court finds that Respondents' Motion for Extension of Time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

//
//
//
//
//
//
//

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 15) is **GRANTED**. Respondents will have up to and including **May 11, 2020**, to file their reply in support of the Motion to Dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed December 13, 2019 (ECF No. 7) will remain in effect.

DATED THIS 25th day of March, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE