UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK SIMPSON,<br>　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br>　　Respondents. | Case No. 2:19-cv-01943-RFB-VCF<br><br>**ORDER** |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Derrick Simpson, who was incarcerated at Carlin Conservation Camp. On August 26, 2020, the Court granted Simpson's motion for stay, and stayed this action pending completion of Simpson's further state-court habeas proceedings; in that same order, the Court denied, as moot and without prejudice, a motion to dismiss filed by the Respondents. *See* Order entered August 26, 2020 (ECF No. 22).

On September 15, 2020, the Court received by return mail the copy of the August 26 order that was mailed to Simpson, with the envelope marked "Undeliverable – Not Deliverable as Addressed – Unable to Forward" (ECF No. 23). It appears, therefore, that Simpson did not file a notice of change of address. See LR 1A 3-1 (requiring *pro se* parties to immediately file notice of any change of mailing address).

The Court will direct the Clerk of the Court to re-send a copy of the August 26 order to Simpson, along with a copy of this order. The Court will give Simpson additional time to file notice of his current mailing address. If Simpson fails to file notice of his current mailing address as ordered, this action will be dismissed.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to send to Petitioner a copy of the order entered August 26, 2020 (ECF No. 22), along with a copy of this order.

**IT IS FURTHER ORDERED** that Petitioner will have **45 days** from the date of this order to file a notice stating his current mailing address. If Petitioner does not file such notice within that time, this action will be dismissed.

DATED: September 17, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE