UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK SIMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-01943-RFB-VCF<br><br>**ORDER** |

This action is a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Derrick Simpson. On August 26, 2020, the Court granted Simpson's motion for stay and stayed this action pending completion of Simpson's further state-court proceedings (ECF No. 22). It now appears, from information available to the public on the website of the Nevada Department of Corrections, that Simpson's prison sentence has expired. This raises questions regarding the status of Simpson's state-court proceedings and Simpson's intentions with respect to further litigation of this action.

**IT IS THEREFORE ORDERED** that Petitioner Derrick Simpson will have 30 days from the date of this order to file a notice stating the status of his state-court proceedings and stating his intentions with respect to further litigation of this action. Respondents will have 20 days following Petitioner's filing of such notice to file a response if they deem it necessary to do so. If Petitioner does not respond to this

///
///
///
///
///

1

order, Respondents may, within 20 days following the due date for Petitioner's response to file a notice regarding the status of Petitioner's state-court litigation and stating their position with respect to further proceedings in this action.

DATED THIS 14th day of June, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE