Case 2:19-cv-01943-RFB-VCF   Document 30   Filed 08/09/22   Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK SIMPSON, | Case No. 2:19-cv-01943-RFB-VCF |
| Petitioner, | |
| v. | **ORDER** |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This action is a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Derrick Simpson. On August 26, 2020, the Court granted Simpson's motion for stay and stayed this action pending completion of Simpson's further state-court proceedings (ECF No. 22). This case has been stayed since that date.

On June 14, 2022, the Court entered an order (ECF No. 28) noting that it appears, from information available to the public on the website of the Nevada Department of Corrections, that Simpson's prison sentence has expired, and requiring Simpson to file a notice within 30 days stating the status of his state-court proceedings and stating his intentions with respect to further litigation of this action. The copy of the June 14, 2022, order mailed to Simpson at the last address he has provided to the Court was returned to the Court as undeliverable (ECF No. 29). Simpson did not respond to the June 14, 2002, order within the time allowed.

The Court will dismiss this action on account of Simpson's failure to inform the Court of his current address and his failure to comply with the June 14, 2022, order. See LR IA 3-1 ("An attorney or pro se party must immediately file with the court written notification of any change of mailing address…. Failure to comply with this rule may result

in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.").

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice. The petitioner may within 30 days file a Motion for Reconsideration with his updated address to vacate this order and reopen the case.

The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED THIS 9th day of August, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE